El Pueblo de Puerto Rico, demandante y apelado, *v.* María Rodríguez, acusada y apelante.

No. 3805.—*Sometido:* Nov. 14, 1929. *Resuelto:* Nov. 26, 1929.

*Felipe Colón Díaz,* abogado de la apelante; *R. A. Gómez,* abogado de *El Pueblo,* apelado.

El Juez Asociado Señor Texidor, emitió la opinión del tribunal.

La denuncia formulada contra la aquí apelante es ésta:

"Yo, Ceferino Loyola, P. I. No. 79, vecino de Ponce, calle de Isabel número 41, mayor de edad, formulo denuncia contra María Rodríguez, por delito de portar armas prohibidas, cometido de la manera siguiente: Que en 31 de diciembre, 3 A. M., de 1928, y en la calle Coto de Ponce, Puerto Rico, del distrito judicial municipal de Ponce, que forma parte del distrito judicial de Ponce, Puerto Rico, la mencionada acusada María Rodríguez allí y entonces, ilegal, voluntaria y maliciosamente portaba y conducía sobre su persona un tubo de hierro de ¼ pulgada de diámetro por 27 pulgadas de largo, el cual es un instrumento con el cual se puede causar daño corporal."

La Corte de Distrito de Ponce, en apelación, declaró a la acusada culpable del delito de portar armas prohibidas, y la condenó a sufrir treinta días de cárcel; sentencia apelada para ante este tribunal.

No es necesario un fuerte estudio para declarar el error en que incurrió la corte inferior. Hubiera bastado a evitarlo el recuerdo de nuestra definición del arma prohibida, y de nuestra interpretación de la ley que rige esos casos; y ambas aparecen de la opinión en el caso *El Pueblo* v. *Cruz, 34* D.P.R. 315, en donde se dice:

"Armas, según su significación corriente y la definición que de esa palabra da el diccionario de la Academia Española, es un instrumento destinado a ofender o defenderse: o en otras palabras, el instrumento destinado a fines de ofensa o defensa. Por consiguiente, al castigar el artículo primero de la ley de 1924 (p. 117) a cualquier persona que ilegalmente portare o condujere cualquier arma no puede referirse sino a los instrumentos destinados a ofensa o a defensa, como son los que se enumeraban en la ley de 1905 (Comp. 5994), y aunque es cierto que prescindió en 1924 de la enumeración de las armas prohibidas y usó una palabra general, sin embargo, el significado de esa palabra no comprende otras armas que los instrumentos destinados a fines de ofensa y defensa, como son los mencionados en la ley de 1905 y cualquier otro de igual naturaleza."

*Debe revocarse la sentencia apelada y dictarse en su lugar otra absolviendo a la acusada.*

El Juez Asociado Señor Hutchison no intervino.